IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICARDO T. LARIOS, | : | Civil No.: 3:14-cv-1572 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON
JUN 1 2 2017
PER_____
DEPUTY CLERK

## ORDER

**AND NOW**, this 12th day of June, 2017, upon consideration of Plaintiff's motion (Doc. 58) to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e), wherein Plaintiff seeks to alter the Court's judgment entered on September 20, 2016, and it appearing that Plaintiff's motion filed on January 23, 2017 is patently untimely, *see* FED. R. CIV. P. 59(e) ("[a] motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment"), *see also* FED. R. CIV. P. 6(b)(2) ("[a] court must not extend the time to act under Rule[] . . . 59 . . . (e)"), **IT IS HEREBY ORDERED THAT** the motion (Doc. 58) pursuant to Federal Rule of Civil Procedure 59(e) is **DISMISSED** as untimely.

Robert D. Mariani
United States District Judge